**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7140

_____

THOMAS W. CODER,

　　　　　Petitioner - Appellant,

　　　v.

TERRY O'BRIEN, Warden,

　　　　　Respondent – Appellee,

　　　and

SECRETARY OF THE ARMY,

　　　　　Respondent.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, District Judge. (7:09-cv-00352-gec-mfu)

_____

Submitted:  December 10, 2010　　　　Decided:  December 27, 2010

_____

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas W. Coder, Appellant Pro Se.  Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas W. Coder appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Coder v. O'Brien, 719 F. Supp. 2d 655 (W.D. Va. 2010). We deny Coder's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED